

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Anthony Woods, Appellant

No. 06-12-00042-CR          v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 40,559-B).  Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to reflect pleas of not true to the enhancement allegations.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Anthony Woods, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 17, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk